1  RYAN J. MANDELL, ESQ., SBN: 8173
   GEORGESON ANGARAN, CHTD.
2  5450 Longley Lane
   Reno, Nevada 89511
3  775.827.6440

4  Attorneys for Defendant,
   Zivorad Zivanovic dba Z Square Properties Company
5

6              UNITED STATES DISTRICT COURT

7                  DISTRICT OF NEVADA

8

9  AIRLIFT HELICOPTERS, INC., a Nevada          Case No.: 3:13-cv-00288-RCJ-VPC
   Corporation,
10                  Plaintiff,

11     vs.

12 ZIKA ZIVANOVIC, dba Z SQUARE
   PROPERTIES LLC., and DOES 1-10,
13 inclusive,

14                  Defendants.

15 _____      **STIPULATION FOR DISMISSAL
                                                WITH PREJUDICE; ORDER**
16 ZIVORAD ZIVANOVIC, dba Z SQUARE
   PROPERTIES COMPANY, and DOES 1-10,
17 inclusive,

18                  Counterclaimant,

19     vs.

20 AIRLIFT HELICOPTERS, INC., a Nevada
   Corporation,
21
                    Counterdefendant.
22

23 _____

24

25     IT IS HEREBY STIPULATED by and among the parties to the above-entitled action,

26 through their undersigned counsel of record, that the above-entitled action may be dismissed

27 //

28 //



- 1 -

with prejudice, said dismissal to constitute a retraxit, the parties to bear their own costs and attorneys' fees.

Dated: March 6, 2014.

ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, NV  89503

By  /s/ Michael A. Burke
   Michael A. Burke, Esq.
   Attorney for Plaintiff/Counterdefendant
   Airlift Helicopters, Inc.

GEORGESON ANGARAN, CHTD.
5450 Longley Lane
Reno, Nevada  89511

Dated: March 6, 2014.

By  /s/ Ryan J. Mandell
   Ryan J. Mandell, Esq.
   Attorneys for Defendants,
   Zivorad Zivanovic dba Z Square Properties Company

RICHARD G. HILL, LTD.
652 Forest Street
Reno, NV  89509

LAW OFFICES OF EUGENE K. YAMAMOTO
1555 Lakeside Drive, Suite 64
Oakland, CA  94612

Dated: March 6, 2014.

By  /s/ Eugene K. Yamamoto
   Eugene K. Yamamoto, Esq.
   Attorneys for Counterclaimant,
   Zivorad Zivanovic dba Z Square Properties Company

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: This 12th day of March, 2014.


GEORGESON ANGARAN