1   RYAN J. MANDELL, ESQ., SBN: 8173
    GEORGESON ANGARAN, CHTD.
2   5450 Longley Lane
    Reno, Nevada 89511
3   775.827.6440

4   Attorneys for Defendant,
    Zivorad Zivanovic dba Z Square Properties Company
5

6                   UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8

9   AIRLIFT HELICOPTERS, INC., a Nevada        Case No.: 3:13-cv-00288-RCJ-VPC
    Corporation,
10                              Plaintiff,
11          vs.
12  ZIKA ZIVANOVIC, dba Z SQUARE
    PROPERTIES LLC., and DOES 1-10,
13  inclusive,
14                             Defendants.
15  ─────────────────────────────          **STIPULATION FOR DISMISSAL**
                                            **WITH PREJUDICE; ORDER**
16  ZIVORAD ZIVANOVIC, dba Z SQUARE
    PROPERTIES COMPANY, and DOES 1-10,
17  inclusive,
18                          Counterclaimant,
19          vs.
20  AIRLIFT HELICOPTERS, INC., a Nevada
    Corporation,
21
                            Counterdefendant.
22

23

24

25          IT IS HEREBY STIPULATED by and among the parties to the above-entitled action,

26  through their undersigned counsel of record, that the above-entitled action may be dismissed

27  //

28  //


GEORGESON
ANGARAN

- 1 -

1    with prejudice, said dismissal to constitute a retraxit, the parties to bear their own costs and

2    attorneys' fees.

3                             ROBISON, BELAUSTEGUI, SHARP & LOW

4                             71 Washington Street
                               Reno, NV  89503

5

6                             By   /s/ Michael A. Burke

7   Dated: March 6, 2014.            Michael A. Burke, Esq.
                               Attorney for Plaintiff/Counterdefendant

8                             Airlift Helicopters, Inc.

9                             GEORGESON ANGARAN, CHTD.

10                             5450 Longley Lane
                               Reno, Nevada  89511

11

12                             By   /s/ Ryan J. Mandell

13   Dated: March 6, 2014.            Ryan J. Mandell, Esq.
                               Attorneys for Defendants,

14                             Zivorad Zivanovic dba Z Square Properties
                               Company

15

16                             RICHARD G. HILL, LTD.

17                             652 Forest Street
                               Reno, NV  89509

18                             LAW OFFICES OF EUGENE K. YAMAMOTO

19                             1555 Lakeside Drive, Suite 64
                               Oakland, CA  94612

20

21                             By   /s/ Eugene K. Yamamoto

22   Dated: March 6, 2014.            Eugene K. Yamamoto, Esq.
                               Attorneys for Counterclaimant,

23                             Zivorad Zivanovic dba Z Square Properties
                               Company

24

25                             **IT IS SO ORDERED.**

26

27                             United States District Judge

28                             Dated: This 12th day of March, 2014.



GEORGESON
ANGARAN